PEOPLE *v.* FOSHIE

1. CRIMINAL LAW — DUE PROCESS — EXAMINATION — TRANSCRIPT — FAILURE TO PLACE TRANSCRIPT IN DEFENDANT'S FILE.

The fact that a transcript of defendant's preliminary examination was not included in his trial court file during the course of his prosecution for statutory rape is not grounds for reversal when the transcript in question was properly filed in the file of defendant's co-defendant, and was available and accessible to defendant.

2. RAPE—TRIAL—WITNESSES—DUTY OF PROSECUTION TO INDORSE—ACCOMPLICE.

The prosecution need not indorse on a criminal information as witnesses known to the prosecution, the names of the accomplices to a crime.

Appeal from Macomb, Edward J. Gallagher, J. Submitted Division 2 May 27, 1969, at Lansing. (Docket No. 5,104.) Decided June 23, 1969. Leave to appeal denied February 4, 1970. See 383 Mich 765.

Bert Brumley Foshie was convicted of statutory rape. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George N. Parris,* Prosecuting Attorney, *Thaddeus F. Hamera,* Chief Appellate Lawyer, and *Stephen F. Osinski,* Assistant Prosecuting Attorney, for the people.

*William M. Havey,* for defendant on appeal.

REFERENCES FOR POINTS IN HEADNOTES
[1] 21 Am Jur 2d, Criminal Law § 324 *et seq.*
[2] 21 Am Jur 2d, Criminal Law § 328.

BEFORE: QUINN, P. J., and McGREGOR and BRONSON, JJ.

PER CURIAM.  Defendant Bert Brumley Foshie was tried without a jury and convicted of statutory rape contrary to MCLA § 750.520 (Stat Ann 1954 Rev § 28.788) . On appeal he contends that he was denied his right to trial by jury; that the preliminary examination transcript was not filed in the trial court; and that the people failed to indorse and produce a principal witness.  The people have filed a motion to affirm the conviction.

The defendant expressly waived a jury trial.  The transcript in question was properly filed in the file of defendant's co-defendant, and was available and accessible to defendant.  The witness was an accomplice and thus the people were not required to indorse or call him.  *People* v. *Virgil Brown* (1969), 15 Mich App 600.  The questions presented here on appeal are unsubstantial and require no formal argument or submission.

The motion to affirm the defendant's conviction is granted.